UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MIGUEL CARABALLO,

Plaintiff,

vs.

Civil Action No.:
1:26-CV-02762

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-----------------------------------------------------------X

**ORDER**

AND, NOW, this 19 day of October, 2026, upon consideration of Plaintiff's unopposed motion at Dkt. No. 13 for an extension of time to file Plaintiff's reply brief,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's reply brief is deemed timely filed. The Clerk of Court is respectfully directed to close Dkt. No. 13.

Entered: October 19, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge